# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| ACE AUTO CARE, | § |
| | § |
|     Plaintiff, | § |
| | § |
| v. | §    CIVIL ACTION NO. 3:17-CV-02261-G |
| | § |
| NORTHFIELD INSURANCE COMPANY, | § |
| | § |
|     Defendant. | § |

## STIPULATION OF DISMISSAL

Plaintiff Ace Auto Care ("Plaintiff") and Defendant Northfield Insurance Company ("Defendant") file this Stipulation of Dismissal:

1.    Plaintiff and Defendant have resolved all disputes between them and hereby stipulate that this civil action, including all claims and causes of action which were or could have been asserted by Plaintiff against Defendant should be dismissed with prejudice, with costs borne by the party incurring same.

2.    The parties hereto are, along with the filing of this Stipulation, submitting a proposed Agreed Order of Dismissal With Prejudice to the Court for entry.

Respectfully submitted,

*/s/ Sean Patterson (with permission)*
JAMES M. MCCLENNY
Texas Bar No. 24091857
J. ZACHARY MOSELEY
Texas Bar No. 24092863
SEAN PATTERSON
Texas Bar No. 24073546
**MCCLENNY MOSELEY & ASSOCIATES, PLLC**
411 N. Sam Houston Parkway E., Suite 200
Houston, Texas 77060
(713) 334-6121 (Phone)
(713) 322-5953 (Fax)
James@mma-pllc.com
Zach@mma-pllc.com
Sean@mma-pllc.com

**ATTORNEYS FOR PLAINTIFF**

*/s/ Alissa Puckett*
WM. LANCE LEWIS
State Bar No. 12314560
ALISSA PUCKETT
State Bar No. 24056886
**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
llewis@qslwm.com
apuckett@qslwm.com

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing has been furnished to all counsel of record electronically in accordance with the Federal Rules of Civil Procedure, this 20th day of March 2018.

                    */s/ Alissa Puckett*
                    Wm. Lance Lewis /Alissa Puckett